PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 6 - 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty**

Criminal Case No. 13-00506-LHK-2

I, Filoberto Quintana, hereby consent
(Name of Defendant)

to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

11-5-13
(Date)

[signature]
(Signature of Defendant)

11-6-13
(Date)

[signature]
(Defendant's Attorney)