1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4  MELINDA HAAG (CABN 132612)
United States Attorney

5

6  J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

7  STEPHEN MEYER (CABN 263954)
Assistant United States Attorney

8

9       150 Almaden Boulevard, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5032

10     Stephen.Meyer@usdoj.gov

11  Attorneys for United States of America

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16  UNITED STATES OF AMERICA,          )   NO. CR-13-506 (LHK)
                                       )
17                                     )   NOTICE OF DISMISSAL
         v.                            )
18                                     )
    FILIBERTO QUINTANA,                )
19                                     )
         Defendant.                    )
20                                     )
    _____)
21

22       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

23  States Attorney for the Northern District of California dismisses the above indictment as against

24  //

25  //

26  //

27  //

28  //

NOTICE OF DISMISSAL (CR 13-506-LHK)

1   defendant FILIBERTO QUINTANA without prejudice.  This does not apply to co-defendant JAIRO

2   QUINTANA.

3
    DATED:                                          Respectfully submitted,
4
                                                    MELINDA HAAG
5                                                   United States Attorney

6
                                                    _____/s/_____
7                                                   J. DOUGLAS WILSON
                                                    Chief, Criminal Division
8

9        Leave is granted to the government to dismiss the indictment as to defendant FILIBERTO

10  QUINTANA.

11

12

13  Date:   1/24/14                           _____

14                                                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 13-506-LHK)